A CERTIFIED TRUE COPY
ATTEST
By Dana Stewart on Nov 13, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Nov 13, 2009

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: STANFORD ENTITIES**
**SECURITIES LITIGATION**
    Lynne Turk, etc. v. Pershing, LLC,    )
        S.D. Florida, C.A. No. 9:09-81236    )    MDL No. 2099

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Turk*) on October 13, 2009. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Turk* filed a notice of opposition to the proposed transfer. Plaintiff has now advised the Panel that she withdraws her opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on October 13, 2009, is LIFTED insofar as it relates to this action. The action is transferred to the Northern District of Texas for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable David C. Godbey.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California | |
| | David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | David G. Trager<br>United States District Court<br>Eastern District of New York | Telephone: [202] 502-2800<br>Fax: [202] 502-2888<br>http://www.jpml.uscourts.gov |

November 13, 2009

Karen S. Mitchell, Clerk
1452 Earle Cabell Federal Building & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1310

Re: MDL No. 2099 -- IN RE: MDL No. 2099 -- IN RE: Stanford Entities Securities Litigation

(See Attached Order)

Dear Ms. Mitchell:

    A conditional transfer order was filed in the above matter on October 13, 2009. Prior to the expiration of that order's 15-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore attaching as a separate PDF document a certified copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

    A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Dana L. Stewart
Dana L. Stewart
Deputy Clerk

Attachment

cc:    Transferee Judge:  Judge David C. Godbey

JPML Form 68A

IN RE: STANDFORD ENTITIES
SECURITIES LITIGATION                                           MDL No. 2099

## INVOLVED COUNSEL LIST

Laura Pendergest-Holt
c/o Stanford Group Company
5050 Westheimer Road
Houston, TX 77056

James W. Beasley Jr.
BEASLEY HAUSER KRAMER LEONARD
& GALARDI PA
505 South Flager Drive
Suite 1500
West Palm Beach, FL 33401

Gregory A. Blue
MORGENSTERN & BLUE LLC
885 Third Avenue
New York, NY 10022

Jay Comeaux
c/o Stanford Group Company
5050 Westheimer Road
Houston, TX 77056

Commonwealth of Antigua
Attorney General & Minister of Legal Affairs
Office of the Attorney General & Ministry of Legal
Government Complex - Queens Elizabeth Hwy
St. John's, Antiqua

Samuel Cooper
BAKER BOTTS LLP
910 Louisiana Street
Houston, TX 77002

David Finn
MILNER & FINN
2828 North Harwood Street
Suite 1950
LB 9
Dallas, TX 75201

George M. Fleming
FLEMING & ASSOCIATES LLP
1330 Post Oak Boulevard
Suite 3030
Houston, TX 77056

Bradley W. Foster
ANDREWS KURTH LLP
1717 Main Street
Suite 3700
Dallas, TX 75201

Jason Green
c/o Stanford Group Company
5050 Westheimer Road
Houston, TX 77056

Charles Leland Hamel
HAMEL BOWERS & CLARK LLP
5300 Memorial Drive
Suite 900
Houston, TX 77007-8201

Peter W. Homer
HOMER & BONNER PA
1200 Four Seasons Tower
1441 Brickwell Avenue, Suite 1200
Miami, FL 33131

John T. Kirtley III
FERRER POIROT & WANSBROUGH
2603 Oak Lawn Avenue
Suite 300
Dallas, TX 75219

Kathy M. Klock
FOWLER WHITE BURNETT PA
901 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401

**MDL No. 2099 - Involved Counsel List (Continued)**

Stephen F. Malouf
LAW OFFICES OF STEPHEN F MALOUF PC
3811 Turtle Creek Blvd., Suite 1600
Dallas, TX 75219

Patrick W. Pendley
PENDLEY BAUDIN & COFFIN LLP
P.O. Box 71
24110 Eden Street
Plaquemine, LA 70765

Jonathan D. Polkes
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

Darren J. Robbins
COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Edward C. Snyder
CASTILLO SNYDER PC
300 Convent Street
Suite 1020
San Antonio, TX 78205

Richard A. Speirs
ZWERLING SCHACHTER & ZWERLING LLP
41 Madison Avenue
New York, NY 10010

R. Allen Stanford
c/o Stanford Group Co.
5050 Westheimer Road
Houston, TX 77056

Stanford Capital
Attn: Legal Counsel
5050 Westheimer Road
Houston, TX 77056

Stanford Financial Group
Attn: Legal Counsel
701 Brazos Street
Suite 1050
Austin, TX 78701

Stanford Group Co.
Attn: Legal Counsel
5050 Westheimer Road
Houston, TX 77056

Stanford Group Venezuela
Attn: Legal Counsel
Avenida Tamanaco
Centro Empresarial el Rosal, Piso3
Caracas, Venezuela

Stanford Holdings, Inc.
Attn: Legal Counsel
5050 Westheimer Road
Houston, TX 77056

Stanford Int'l Bank
Attn: Legal Counsel
No. 11 Pavilion Drive
P.O. Box 3300
St. John's Antiqua, West Indies

Stanford Venture Capital
Attn: Legal Counsel
5050 Westheimer Road
Houston, TX 77056

Willis Group Holding Ltd.
c/o Appelby
Canon's Court
22 Victoria Street
Hamilton Bermuda