A CERTIFIED TRUE COPY
ATTEST
By Dana Stewart on Oct 29, 2009
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 13, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: STANFORD ENTITIES
SECURITIES LITIGATION

MDL No. 2099

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On October 6, 2009, the Panel transferred four civil actions to the United States District Court for the Northern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable David C. Godbey.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Texas and assigned to Judge Godbey.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Texas for the reasons stated in the order of October 6, 2009, and, with the consent of that court, assigned to the Honorable David C. Godbey.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Texas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 29, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: STANFORD ENTITIES**
**SECURITIES LITIGATION** MDL No. 2099

### SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST**. **DIV**. **C.A. #**     **CASE CAPTION**

**FLORIDA SOUTHERN**
~~FLS   9   09-81236~~     ~~Lynne Turk, etc. v. Pershing, LLC~~ Opposed 10/27/09

**LOUISIANA MIDDLE**
LAM  3   09-675     Michael Duane Carter, et al. v. Hank Mills, et al.
~~LAM  3   09-676~~     ~~James Roland, et al. v. Jason Green, et al.~~  Opposed 10/28/09
~~LAM  3   09-678~~     ~~Leah Farr, et al. v. Jason Green, et al.~~  Opposed 10/28/09
~~LAM  3   09-734~~     ~~Numa L. Marquette, Jr., et al. v. Pershing, LLC, et al.~~ Opposed 10/28/09

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal |
| | Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California | Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C.  20002 |
| | David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | David G. Trager<br>United States District Court<br>Eastern District of New York | Telephone:  [202] 502-2800<br>Fax:           [202] 502-2888<br>http://www.jpml.uscourts.gov |

October 29, 2009

Karen S. Mitchell, Clerk
1452 Earle Cabell Federal Building & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1310

Re:  MDL No. 2099 --  IN RE: Stanford Entities Securities Litigation

(See Attached CTO-1)

Dear Ms. Mitchell:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on October 13, 2009.  As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *Dana L. Stewart*
Dana L. Stewart
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:  Judge David C. Godbey

JPML Form 36A

IN RE: STANFORD ENTITIES
SECURITIES LITIGATION                                                            MDL No. 2099

**INVOLVED COUNSEL LIST**

Laura Pendergest-Holt
c/o Stanford Group Company
5050 Westheimer Road
Houston, TX 77056

Joseph H. Aughtman
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES PC
P.O. Box 4160
Montgomery, AL 36103-4160

James W. Beasley, Jr.
BEASLEY HAUSER KRAMER LEONARD
& GALARDI PA
505 South Flager Drive
Suite 1500
West Palm Beach, FL 33401

Gregory A. Blue
MORGENSTERN & BLUE LLC
885 Third Avenue
New York, NY 10022

Bowen, Michlette & Britt
c/o CT Corporation System
350 North St. Paul Street
Dallas, TX 75201

Alan K. Breaud
BREAUD & MEYERS
P.O. Box 3448
Lafayette, LA 70502-3448

Douglas J. Buncher
NELIGAN FOLEY LLP
Republic Center
325 North St. Paul
Suite 3600
Dallas, TX 75201

Jay Comeaux
c/o Stanford Group Company
5050 Westheimer Road
Houston, TX 77056

Commonwealth of Antigua
Attorney General & Minister of Legal Affairs
Office of the Attorney General & Ministry of Legal
Government Complex - Queens Elizabeth Hwy
St. John's, Antiqua

J. Gordon Cooney, Jr.
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921

Samuel Cooper
BAKER BOTTS LLP
910 Louisiana Street
Houston, TX 77002

Michael E. Criden
CRIDEN & LOVE PA
7301 S.W. 57th Court
Suite 515
South Miami, FL 33134

Steven E. Fineman
LIEFF CABRASER HEIMANN
& BERNSTEIN LLP
250 Hudson Street
8th Floor
New York, NY 10013-1413

David Finn
MILNER & FINN
2828 North Harwood Street
Suite 1950, LB 9
Dallas, TX 75201

**MDL No. 2099 - Involved Counsel List (CTO-1) (Continued)**

George M. Fleming
FLEMING & ASSOCIATES LLP
1330 Post Oak Boulevard
Suite 3030
Houston, TX 77056

Bradley W. Foster
ANDREWS KURTH LLP
1717 Main Street
Suite 3700
Dallas, TX 75201

Ron Franklin
FRANKLIN CARDWELL & JONES
1700 Pacific Avenue
Suite 1610
Dallas, TX 75201-4604

George C. Freeman, III
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER LLC
909 Poydras Street
24th Floor
New Orleans, LA 70112

John Keith Friley
13348 Coursey Blvd.
Suite B
Baton Rouge, LA 70816

Charles Malcolm Gordon
PREIS GORDON
P.O. Box 2786
450 Laurel Street
Baton Rouge, LA 70821-2786

Jason Green
c/o Stanford Group Company
5050 Westheimer Road
Houston, TX 77056

Roger B. Greenberg
SCHWARTZ JUNELL GREENBERG
& OATHOUT LLP
Two Houston Center
909 Fannin, Suite 2700
Houston, TX 77010

Charles Leland Hamel
HAMEL BOWERS & CLARK LLP
5300 Memorial Drive
Suite 900
Houston, TX 77007-8201

Lexi Joy Hazam
LIEFF CABRASER HEIMANN
& BERNSTEIN LLP
275 Battery Street
30th Floor
Embarcadero Center West
San Francisco, CA 94111-3339

Peter W. Homer
HOMER & BONNER PA
1200 Four Seasons Tower
1441 Brickwell Avenue, Suite 1200
Miami, FL 33131

Frank J. Johnson
JOHNSON BOTTINI LLP
655 West Broadway
Suite 1400
San Diego, CA 92101

Robert E. Kerrigan, Jr.
DEUTSCH KERRIGAN & STILES LLP
755 Magazine Street
New Orleans, LA 70130-3629

John T. Kirtley, III
FERRER POIROT & WANSBROUGH
2603 Oak Lawn Avenue, Suite 300
Dallas, TX 75219

**MDL No. 2099 - Involved Counsel List (CTO-1) (Continued)**

David N. Kitner
STRASBURGER & PRICE LLP
901 Main Street
Suite 4400
P.O. Box 50100
Dallas, TX 75250

Kathy M. Klock
FOWLER WHITE BURNETT PA
901 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401

Lewis T. LeClair
MCKOOL & SMITH PC
300 Crescent Court
Suite 1500
Dallas, TX 75201

Stephen F. Malouf
LAW OFFICES OF STEPHEN F MALOUF PC
3811 Turtle Creek Blvd.
Suite 1600
Dallas, TX 75219

Charles S. McCowan, Jr.
KEAN MILLER HAWTHORNE ET AL
One American Place
22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

Mike O'Brien
MIKE O'BRIEN PC
14355 Highway 105
Washington, TX 77880

Patrick W. Pendley
PENDLEY BAUDIN & COFFIN LLP
P.O. Box 71
24110 Eden Street
Plaquemine, LA 70765

Jonathan D. Polkes
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

Borden M. Ray, Jr.
RAY OLIVER & WARD LLC
2020 University Blvd.
Tuscaloosa, AL 35401-1522

Marshall M. Redmon
PHELPS DUNBAR LLP
445 N. Boulevard
Suite 701
P.O. Box 4412
Baton Rouge, LA 70821-4412

Darren J. Robbins
COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Kevin M. Sadler
BAKER BOTTS LLP
1500 San Jacinto Center
98 San Jacinto Blvd.
Austin, TX 78701-4078

Donna Garbarino Schwab
2446 June Street
Baton Rouge, LA 70808

Edward C. Snyder
CASTILLO SNYDER PC
300 Convent Street
Suite 1020
San Antonio, TX 78205

Richard A. Speirs
ZWERLING SCHACHTER & ZWERLING LLP
41 Madison Avenue
New York, NY 10010

**MDL No. 2099 - Involved Counsel List (CTO-1) (Continued)**

R. Allen Stanford
c/o Stanford Group Co.
5050 Westheimer Road
Houston, TX 77056

Stanford Capital
Attn:  Legal Counsel
5050 Westheimer Road
Houston, TX 77056

Stanford Financial Group
Attn: Legal Counsel
701 Brazos Street
Suite 1050
Austin, TX 78701

Stanford Group Co.
Attn: Legal Counsel
5050 Westheimer Road
Houston, TX 77056

Stanford Group Venezuela
Attn: Legal Counsel
Avenida Tamanaco
Centro Empresarial el Rosal, Piso3
Caracas, Venezuela

Stanford Holdings, Inc.
Attn: Legal Counsel
5050 Westheimer Road
Houston, TX 77056

Stanford Int'l Bank
Attn: Legal Counsel
No. 11 Pavilion Drive
P.O. Box 3300
St. John's Antiqua, West Indies

Stanford Venture Capital
Attn: Legal Counsel
5050 Westheimer Road
Houston, TX 77056

James R. Swanson
FISHMAN HAYGOOD PHELPS
WALMSLEY ET AL
201 St. Charles Avenue
46th Floor
New Orleans, LA 70170

Edward F. Valdespino
STRASBURGER & PRICE LLP
300 Convent Street
Suite 900
San Antonio, TX 78205

Jamie R. Welton
LACKEY HERSHMAN LLP
3102 Oak Lawn Avenue
Suite 777
Dallas, TX 75219-4241

Willis Group Holding Ltd.
c/o Appelby
Canon's Court
22 Victoria Street
Hamilton Bermuda

Willis of Colorodo, Inc.
c/o CT Corporation System
350 North St. Paul Street
Dallas, TX 75201

Robert S. Winter
10015 Olympia
Houston, TX 77042

Jeffrey C. Zwerling
ZWERLING SCHACHTER & ZWERLING LLP
41 Madison Avenue
32nd Floor
New York, NY 10010