# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:09-CV-0298-N |
| STANFORD INTERNATIONAL BANK, LTD., *et al.*, | § § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:09-CV-01736-N |
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT APPOINTED RECEIVER FOR STANFORD INTERNATIONAL BANK, LTD., *et al.*, | § § § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:13-CV-2226-N |
| PABLO M. ALVARADO, *et al.* | § § § | |
| Defendants. | § § | |

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, *et al.*, | § § § |

|  |  |  |
|---|---|---|
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:15-CV-1997-N |
| PAUL D. WINTER, *et al.*, | § § | |
| Defendants. | § § | |

|  |  |  |
|---|---|---|
| CLAUDE F. REYNAUD, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:14-CV-3731-N |
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER RESETTING HEARING DATE

The settlement hearing in these cases previously set for October 21, 2016, is reset to October 28, 2016, at 10:00 a.m. in Judge Godbey's Courtroom, 1505.

SIGNED on July 21, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE