UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

79FH= 98 5 HFI 9 7 CDM
?5F9B A H7 9 @@7 @F?
By s/ ANGELINA MONSERRATE
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF TEXAS
January 05, 2017

IN RE: STANFORD ENTITIES SECURITIES
LITIGATION                                                                                    MDL No. 2099

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −15)**

On October 6, 2009, the Panel transferred 4 civil action(s) to the United States District Court for the Northern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 655 F.Supp.2d 1360 (J.P.M.L. 2009). Since that time, 34 additional action(s) have been transferred to the Northern District of Texas. With the consent of that court, all such actions have been assigned to the Honorable David C. Godbey.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Texas and assigned to Judge Godbey.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Texas for the reasons stated in the order of October 6, 2009, and, with the consent of that court, assigned to the Honorable David C. Godbey.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Texas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 04, 2017

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: STANFORD ENTITIES SECURITIES LITIGATION　　　　　　　　　　　　MDL No. 2099

### SCHEDULE CTO−15 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

LOUISIANA MIDDLE

| | | | |
|---|---|---|---|
| LAM | 3 | 16−00801 | Ahders v. SEI Private Trust Company et al |