IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: STANFORD ENTITIES SECURITIES LITIGATION | § § § | CIVIL ACTION NO. 3:09-MD-02099-N |

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. 3-09-CV 0298-N |
| STANFORD INTERNATIONAL BANK, LTD., *et al.*, | § § § § | |
| Defendants. | § | |

# ORDER

The Court has considered the Joint Expedited Motion filed by the Receiver, the Examiner and the Official Stanford Investors Committee ("OSIC") seeking a status conference to address certain issues pertinent to on-going Stanford-related litigation. The Motion is GRANTED.

The Court will hold a status hearing for all parties to the Stanford MDL proceeding on November 28, 2017, at 11:00 a.m. in Courtroom 1505.

Signed September 7, 2017.

David C. Godbey
United States District Judge